Certificate Number: 05781-INN-DE-041420103

Bankruptcy Case Number: 26-21816

05781-INN-DE-041420103

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 7, 2026, at 5:53 o'clock PM PDT, Jazmyne Magee completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Indiana.

Date: September 8, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President